No. 3933.—PUEBLO, apldo., *v.* SERRANO ET AL., acusados y aplte. el primero.—C. D. Humacao. ▅▅▅▅▅▅▅▅ Dic. 19, 1929.

(Por la corte, a propuesta del Juez Asociado Señor Aldrey.)

A la moción de reconsideración presentada por el acusado y apelante, no ha lugar.